1  ALTMAN & RAY LLP
   SARA SMITH RAY, ESQ. Bar No. 140564
2  sray@altmanray.com
   20700 Ventura Boulevard, Suite 128
3  Woodland Hills, CA 91364
   Telephone: (818) 907-6900
4  Facsimile: (818) 907-6906

5  Attorneys for Plaintiff
   JUDITH LOURENE SILVERS
6
   SEDGWICK, DETERT, MORAN & ARNOLD LLP
7  BRUCE D. CELEBREZZE Bar No. 102181
   bruce.celebrezze@sdma.com
8  DEAN J. MCELROY Bar No. 213132
   dean.mcelroy@sdma.com
9  MICHELLE Y. MCISAAC Bar No. 215294
   michelle.mcisaac@sdma.com
10 One Market Plaza
   Steuart Tower, 8th Floor
11 San Francisco, California 94105
   Telephone: (415) 781-7900
12 Facsimile: (415) 781-2635

13 Attorneys for Defendant
   HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
14

15                    UNITED STATES DISTRICT COURT

16                    EASTERN DISTRICT OF CALIFORNIA

17
   | JUDITH LOURENE SILVERS, | CASE NO. 1:07-CV-00781-AWI-DLB |
   |---|---|
   | Plaintiff, | STIPULATION THAT ACTION IS GOVERNED BY ERISA AND FOR FILING OF FIRST AMENDED COMPLAINT; [ ] ORDER |
   | v. | |
   | THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, and DOES 1 through 100, inclusive, | |
   | Defendants. | |

   IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the California Correctional Peace Officers Association Benefit Trust Health and Welfare Plan's ("the Plan") accidental death and dismemberment benefit for retirees ("Retiree AD&D Benefit"), and the Hartford Life and Accident Insurance

                                   -1-                          1:07-CV-00781-AWI-DLB

Company ("Hartford") group insurance policy insuring the Plan's Retiree AD&D Benefit, through which Plaintiff seeks to recover benefits in this action, is an employee welfare benefit plan governed by the Employee Retirement Income Security Act of 1974 ("ERISA").

IT IS FURTHER STIPULATED that Plaintiff may file a First Amended Complaint asserting an ERISA cause of action for recovery of Plan benefits pursuant to 29 U.S.C. § 1132(a)(1). Hartford is not a proper party under 29 U.S.C. § 1132(a)(1). See *Ford v. MCI Communications Corp. Health and Welfare Plan*, 399 F.3d 1076 (9th Cir. 2005). The parties agree that Hartford will be dismissed without prejudice from this action. A copy of Plaintiff's First Amended Complaint is filed herewith as Exhibit A.

DATED: December 19, 2007          ALTMAN & RAY

By: _____
SARA SMITH RAY
Attorneys for Plaintiff
JUDITH LOURENE SILVERS

DATED: December 17, 2007          SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
MICHELLE Y. MCISAAC
Attorneys for Defendant
HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY

1  ORDER

2  Pursuant to the stipulation of the parties that this action is governed by the Employee
3  Retirement Income Security Act of 1974 ("ERISA"), plaintiff Judith Lourene Silvers' request to
4  file a first amended complaint alleging an ERISA cause of action is GRANTED. Plaintiff may
5  file the proposed First Amended Complaint, as attached to the parties' stipulation.

6  IT IS SO ORDERED.

8  DATED: December 20, 2007        /s/ Dennis L. Beck
                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION THAT ACTION IS GOVERNED BY ERISA AND FOR FILING OF FIRST AMENDED COMPLAINT; [PROPOSED] ORDER