**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUDITH LOURENE SILVERS, ) | NO. 1:07-CV-00781-AWI-DLB |
| ) | |
| Plaintiff, ) | ORDER MOVING HEARING ON |
| ) | DEFENDANT'S MOTION FOR |
| v. ) | SUMMARY JUDGMENT TO |
| ) | DECEMBER 8, 2008 |
| CCPOA BENEFIT TRUST ) | |
| HEALTH AND WELFARE PLAN, ) | [Document # 30] |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Defendant's motion for summary judgment is pending in this action and is set for hearing on Tuesday, December 2, 2008.

    The court has determined that it is necessary to reschedule the hearing on Defendant's motion for summary judgment.  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 2, 2008, is VACATED, and the hearing on this matter is reset to December 8, 2008, at 1:30 p.m.

IT IS SO ORDERED.

Dated:   November 25, 2008            /s/ Anthony W. Ishii
                                                    CHIEF UNITED STATES DISTRICT JUDGE