**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| JUDITH LOURENE SILVERS,<br><br>Plaintiff,<br><br>v.<br><br>CCPOA BENEFIT TRUST | CASE NO. 1:07-CV-00781-AW1-DLB<br><br>**ORDER ON STIPULATION TO CONTINUE DATE FOR HEARING ON CROSS-MOTIONS FOR JUDGMENT** |

Pursuant to the stipulation of the parties, it is hereby ordered that the hearing on cross-motions for judgment now set for December 8, 2008, at 1:30 p.m. is VACATED; the hearing is continued to January 5, 2009, at 1:30 p.m., Courtroom 2.

IT IS SO ORDERED.


**Dated:   December 5, 2008**              /s/ Anthony W. Ishii

CHIEF UNITED STATES DISTRICT JUDGE