IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH LOURENE SILVERS,         )<br>                                                        )<br>         Plaintiff,                          )<br>                                                        )<br>     v.                                             )<br>                                                        )<br>CCPOA BENEFIT TRUST,          )<br>                                                        )<br>         Defendant.                       )<br>_____) | 1: 07-CV-0781 AWI DLB<br><br>ORDER VACATING<br>JANUARY 5, 2000 HEARING<br>DATE AND TAKING MATTER<br>UNDER SUBMISSION |

    The parties have filed cross motions for summary judgment.  The cross motions have been set for hearing on January 5, 2009.  The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of January 5, 2009, is VACATED, and the parties shall not appear at that time.  As of January 5, 2009, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:      December 24, 2008**            /s/ Anthony W. Ishii
                                                              CHIEF UNITED STATES DISTRICT JUDGE